# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 10-03093-01-CR-S-RED |
| | ) |
| **ALFRED WARREN GILBERT,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Now before the Court is Defendant's Motion to Suppress (Doc. 28), United States' Suggestions in Opposition to Defendant's Motion to Suppress (Doc. 29), and the Report and Recommendation of United States Magistrate Judge (Doc. 42). After careful and independent review of the parties' submissions, this Court agrees with and **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 42) in full. Defendant's Motion to Suppress is **DENIED** (Doc. 28).

**IT IS SO ORDERED.**

DATED: October 27, 2011         _/s/ Richard E. Dorr_
                                RICHARD E. DORR, JUDGE
                                UNITED STATES DISTRICT COURT